

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00095-CV

Celestino **MACIAS**,
Appellant

v.

Remedios **BAUTISTA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07970
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the parties' joint motion to dismiss the appeal by agreement is GRANTED. The trial court's judgment is VACATED without regard to the merits, and this case is REMANDED to the trial court with instructions to vacate the trial court's November 14, 2019 Default Final Decree of Divorce. Costs of the appeal are taxed against the party who incurred them.

SIGNED August 26, 2020.

_____
Rebeca C. Martinez, Justice